No. 76–5027. GINTER v. WISCONSIN, *ante*, p. 863. Petition for rehearing denied.

NOVEMBER 9, 1976

No. 75–1919. CALIFORNIA ET AL. v. UNITED STATES ENVIRONMENTAL PROTECTION AGENCY ET AL. C. A. 9th Cir. Certiorari dismissed under this Court's Rule 60.

NOVEMBER 10, 1976

No. A–387. OKLAHOMA PUBLISHING CO. v. DISTRICT COURT IN AND FOR OKLAHOMA COUNTY ET AL. Application for stay of order of the District Court in and for Oklahoma County, filed August 4, 1976, presented to MR. JUSTICE WHITE, and by him referred to the Court, denied for failure to comply with Rule 27 of this Court, but without prejudice to reapplying for an appropriate order should compliance with Rule 27 be effected.

NOVEMBER 11, 1976

No. 76–135. HANKISH v. UNITED STATES. C. A. 4th Cir. Certiorari dismissed under this Court's Rule 60.

NOVEMBER 12, 1976

No. A–384. MOREAU ET AL. v. TONRY ET AL. Application to vacate stay orders heretofore entered by the United States Court of Appeals for the Fifth Circuit, entered on November 3 and 4, 1976, presented to MR. JUSTICE POWELL, and by him referred to the Court, denied.